PITE DUNCAN, LLP                                           E-Filed on 10/7/09
STEVEN W. PITE (NV Bar #008226)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (702) 413-9692
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MAIDEN LANE
                    ASSET-BACKED SECURITIES I TRUST 2008-1, WITHOUT RECOURSE


UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-S-09-26769-lbr |
| JULIAN BETTENCOURT  AND MARIA N BETTENCOURT , | Chapter 13 |
| Debtor(s). | U.S. BANK NATIONAL ASSOCIATION, 'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO:      UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR/DEBTORS, AND ALL

         INTERESTED PARTIES

        PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for U.S. BANK

NATIONAL ASSOCIATION,  hereby requests special notice of all events relevant to the above-

referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-

referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy

Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests

for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of

all matters which must be noticed to creditors, creditors committees and parties-in-interest and other

notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the

above-referenced bankruptcy court.

/./.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master

Mailing List in this case, the following address be used:

Jacque A. Gruber
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a

waiver of the within party's:

a.      Right to have any and all final orders in any and all non-core matters entered only

after de novo review by a United States District Court Judge;

b.      Right to trial by jury in any proceeding as to any and all matters so triable herein,

whether or not the same be designated legal or private rights, or in any case, controversy or

proceeding related hereto, notwithstanding the designation or not of such matters as "core

proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant

to statute or the United States Constitution;

c.      Right to have the reference of this matter withdrawn by the United States District

Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d.      Other rights, claims, actions, defenses, setoffs, recoupments or other matters to

which this party is entitled under any agreements at law or in equity or under the United States

Constitution.

All of the above rights are expressly reserved and preserved by this party without

exception and with no purpose of confessing or conceding jurisdiction in any way by this filing

or by any other participation in these matters.

Dated: October 7, 2009                          /s/ Jacque A. Gruber
                                                JACQUE A. GRUBER
                                                4375 Jutland Drive, Suite 200
                                                P.O. Box 17933
                                                San Diego, CA 92177-0933
                                                (702) 413-9692
                                                NV Bar #11385
                                                Attorney for Movant