

**Entered on Docket**
**January 19, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
SHERRY A. MOORE, ESQ.
Nevada Bar No. 11215
PIET & WRIGHT
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorneys for Debtors*

PₐW PIET & WRIGHT PₐW
ATTORNEYS AT LAW
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
Telephone: (702) 566-1212
Facsimile: (702) 566-4833

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

BETTENCOURT, JULIAN

BETTENCOURT, MARIA,

Debtors.

CASE NO.: BK-S 09-26769-LBR
IN CHAPTER 13 PROCEEDINGS

Hearing Date:  November 19, 2009
Hearing Time:  2:30 p.m.

### ORDER RE: MOTION TO CONVERT TO CHAPTER 11

THIS MATTER having come on for hearing this 19th day of November, 2009, CHARLES T. WRIGHT, ESQ., having appeared, based upon the papers and pleadings on file herein, and any oral arguments presented;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Convert from Chapter 13 to Chapter 11 is hereby granted.

1

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the

Trustee shall receive the sum of $300.00 and for their fees in this matter.

Respectfully submitted,

PIET & WRIGHT

By: /s/ Charles T. Wright
    CHARLES T. WRIGHT, ESQ.
    Nevada Bar No. 10285
    SHERRY A. MOORE, ESQ.
    Nevada Bar No. 11215
    3130 S. Rainbow Blvd., Ste. 304
    Las Vegas, Nevada 89146
    *Attorneys for Debtors*

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____ The Court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Approved:

Disapproved:

Failed to Respond:  Kathleen A. Leavitt

PIET & WRIGHT
ATTORNEYS AT LAW
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
Telephone: (702) 566-1212
Facsimile: (702) 566-4833