1  PITE DUNCAN, LLP                                          E-Filed on 2/18/10
   EDDIE R. JIMENEZ (NV Bar #10376)
2  JACQUE A. GRUBER (NV Bar #11385)
   ACE VAN PATTEN (NV Bar #11731)
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385
   E-mail: ecfnvb@piteduncan.com
6
   ABRAMS & TANKO, LLLP
7  MICHELLE L. ABRAMS (NV Bar #005565)
   3085 S. Jones Blvd., Suite C
8  Las Vegas, NV 89146

9  Attorneys for  Secured Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF
                  MAIDEN LANE ASSET-BACKED SECURITIES I TRUST 2008-1,
10                WITHOUT RECOURSE

11
                        UNITED STATES BANKRUPTCY COURT
12
                              DISTRICT OF NEVADA
13

14 | In re | Bankruptcy Case No. BK-S-09-26769-lbr |
|---|---|
15 | JULIAN BETTENCOURT AND MARIA N BETTENCOURT, | Chapter 11 |
16 | Debtor(s). | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF MAIDEN LANE ASSET-BACKED SECURITIES I TRUST 2008-1, WITHOUT RECOURSE'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

20  TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED

21         PARTIES

22         PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for U.S. Bank

23  National Association, as Trustee of Maiden Lane Asset-Backed Securities I Trust 2008-1, without

24  recourse, hereby requests special notice of all events relevant to the above-referenced bankruptcy

25  and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy,

26  including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the

27  commencement of any adversary proceedings, the filing of any requests for hearing, objections,

28  and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be

- 1 -

1  noticed to creditors, creditors committees and parties-in-interest and other notices as required by the

2  United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy

3  court.

4  PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master

5  Mailing List in this case, the following address be used:

6  ACE VAN PATTEN, ESQ.
PITE DUNCAN, LLP
7  4375 Jutland Drive, Suite 200
P.O. Box 17933
8  San Diego, CA 92177-0933

9  Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of

10  claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the

11  within party's:

12  a.    Right to have any and all final orders in any and all non-core matters entered only

13  after de novo review by a United States District Court Judge;

14  c.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant

15  proceeding by Fed. R. Bankr. P. 7004;

16  d.    Right to trial by jury in any proceeding as to any and all matters so triable herein,

17  whether or not the same be designated legal or private rights, or in any case, controversy or

18  proceeding related hereto, notwithstanding the designation or not of such matters as "core

19  proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to

20  statute or the United States Constitution;

21  e.    Right to have the reference of this matter withdrawn by the United States District

22  Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

23  f.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which

24  this party is entitled under any agreements at law or in equity or under the United States

25  Constitution.

26  /././

27  /././

28  /././

- 2 -

1 | /./.

2 |     All of the above rights are expressly reserved and preserved by this party without exception

3 | and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other

4 | participation in these matters.

5 | Dated: February 18, 2010

/s/ Ace Van Patten
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11731
Attorney for U.S. BANK
NATIONAL ASSOCIATION,
AS TRUSTEE OF MAIDEN
LANE ASSET-BACKED
SECURITIES I TRUST 2008-
1, WITHOUT RECOURSE