1  PITE DUNCAN, LLP
   EDDIE R. JIMENEZ (NV Bar #10376)
2  JACQUE A. GRUBER (NV Bar #11385)
   ACE VAN PATTEN (NV BAR #11731)
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385
   E-mail:  ecfnvb@piteduncan.com
6
   ABRAMS & TANKO, LLLP
7  MICHELLE L. ABRAMS (NV Bar #005565)
   3085 S. Jones Blvd., Suite C
8  Las Vegas, NV 89146

9  Attorneys for  Secured Creditor EMC MORTGAGE CORPORATION

10

11               UNITED STATES BANKRUPTCY COURT

12                    DISTRICT OF NEVADA

13  In re                                          Bankruptcy Case No. BK-S-09-26769-lbr

14  JULIAN BETTENCOURT AND MARIA N               Chapter 11
    BETTENCOURT,
15                                                EMC MORTGAGE CORPORATION'S
             Debtor(s).                           REQUEST FOR SPECIAL NOTICE AND
16                                                SERVICE OF PAPERS AND
                                                  RESERVATION OF RIGHTS
17

18        TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL

19  INTERESTED PARTIES

20        PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for EMC

21  Mortgage Corporation, hereby requests special notice of all events relevant to the above-referenced

22  bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced

23  bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule

24  2002, the commencement of any adversary proceedings, the filing of any requests for hearing,

25  objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters

26  which must be noticed to creditors, creditors committees and parties-in-interest and other notices as

27  required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-

28  referenced bankruptcy court.

                                  - 1 -

1       PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master

2 Mailing List in this case, the following address be used:

3                     ACE VAN PATTEN, ESQ.
                    PITE DUNCAN, LLP

4              4375 Jutland Drive, Suite 200
                 P.O. Box 17933

5            San Diego, CA 92177-0933

6 Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of

7 claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the

8 within party's:

9       a.     Right to have any and all final orders in any and all non-core matters entered only

10 after de novo review by a United States District Court Judge;

11       c.     Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant

12 proceeding by Fed. R. Bankr. P. 7004;

13       d.     Right to trial by jury in any proceeding as to any and all matters so triable herein,

14 whether or not the same be designated legal or private rights, or in any case, controversy or

15 proceeding related hereto, notwithstanding the designation or not of such matters as "core

16 proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to

17 statute or the United States Constitution;

18       e.     Right to have the reference of this matter withdrawn by the United States District

19 Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

20       f.     Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which

21 this party is entitled under any agreements at law or in equity or under the United States

22 Constitution.

23 /./.

24 /./.

25 /./.

26 /./.

27 /./.

28 /./.

1         All of the above rights are expressly reserved and preserved by this party without exception

2 and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other

3 participation in these matters.

4 Dated: March 12, 2010                 /s/ Ace Van Patten
                                        4375 Jutland Drive, Suite 200

5                                         P.O. Box 17933
                                        San Diego, CA 92177-0933

6                                         (858) 750-7600
                                        NV Bar #11731

7                                         Attorney for EMC MORTGAGE CORPORATION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28